No. 57. CLEARY v. BOLGER. Certiorari, 368 U. S. 984, to the United States Court of Appeals for the Second Circuit. The motion of respondent for the appointment of counsel is granted, and it is ordered that *Joseph Aronstein, Esquire,* of New York, New York, be, and he is hereby, appointed to serve as counsel for the respondent in this case.

No. 82. NEW YORK CENTRAL RAILROAD CO. v. UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of New York. (Probable jurisdiction noted, 370 U. S. 902.) Upon the suggestion of mootness, the judgment of the United States District Court for the Southern District of New York is vacated and the case is remanded with directions to dismiss the complaint. *Kenneth H. Lundmark* on the motion by appellant to dismiss appeal. *Solicitor General Cox* and *Robert W. Ginnane* for the United States et al. on the memorandum in response.

No. 88. NATIONAL LABOR RELATIONS BOARD v. RELIANCE FUEL OIL CORP. Certiorari, 369 U. S. 883, to the United States Court of Appeals for the Second Circuit. The motion of Coal, Gasoline, Fuel Oil Teamsters, Chauffeurs, Oil-Burner Installation Maintenance Servicemen and Helpers, Local Union 553, to be named a party petitioner is denied. *Samuel J. Cohen* on the motion. *Solicitor General Cox* for petitioner, in opposition.

No. 201. DRAPER ET AL. v. WASHINGTON ET AL. Certiorari, 370 U. S. 935, to the Supreme Court of Washington. The motion for the appointment of counsel is granted and it is ordered that *Charles F. Luce, Esquire,* of Portland, Oregon, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioners in this case.